```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
BAHAMAS HURRICANE RESORATION FUND,                               :
                                                                 :
                          Plaintiff,                             :
                                                                 :     23 Civ. 4933 (JPC)
          -v-                                                    :
                                                                 :         ORDER
BANK OF AMERICA, N.A. et al.,                                    :
                                                                 :
                          Defendants.                            :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On July 14, 2023, Defendant Wells Fargo Bank, N.A. filed a letter request for an extension of time to answer or otherwise respond to Plaintiff's Complaint.  Dkt. 9.  This letter was mistakenly addressed to Judge Vyskocil, who approved the request.  Dkt. 10.  For the sake of clarity, the Court withdraws that Order and grants the request.  Wells Fargo Bank, N.A. shall respond to the Complaint by August 18, 2023.

    SO ORDERED.

Dated: July 17, 2023  
       New York, New York  
                                                  JOHN P. CRONAN  
                                                  United States District Judge