UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
 :
BAHAMAS HURRICANE RESTORATION FUND, :
 :
　　　　　　　　　Plaintiff, :
 : 23 Civ. 4933 (JPC)
　　　-v- :
 : ORDER
BANK OF AMERICA, N.A. *et al.*, :
 :
　　　　　　　　　Defendants. :
 :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

　　On August 1, 2023, the Court scheduled the Initial Pretrial Conference in this case for August 28, 2023, at 10:00 a.m. and required the parties to file a joint letter and proposed case management plan seven days prior to that conference containing certain specified information. Dkt. 18. The parties have failed to file either. Therefore, the parties shall file the materials described in the Court's prior Order by August 25, 2023, at 12:00 p.m.

　　SO ORDERED.

Dated: August 23, 2023
　　　　New York, New York　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JOHN P. CRONAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge