```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
BAHAMAS HURRICANE RESTORATION FUND,                                    :
                                                                       :
                              Plaintiff,                               :
                                                                       :          23 Civ. 4933 (JPC)
            -v-                                                        :
                                                                       :              ORDER
BANK OF AMERICA, N.A. et al.,                                          :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On August 1, 2023, the Court scheduled the Initial Pretrial Conference ("IPTC") in this case for August 28, 2023, at 10:00 a.m. and required the parties to file a joint letter and proposed case management plan seven days prior to that conference containing certain specified information. Dkt. 18. After the parties failed to file the required documents, the Court extended the deadline to do so until August 25, 2023, at 12:00 p.m. Dkt. 19. As of the time of this Order, the parties still have failed to file these documents. The Court reminds the parties that "all litigants have an obligation to comply with court orders." *Baba v. Japan Travel Bureau Int'l*, 111 F.3d 2, 5 (2d Cir. 1997) (cleaned up). Nevertheless, in light of Plaintiff's filing of its Amended Complaint yesterday, which added a new Defendant, Bank OZK, Dkt. 21, the upcoming conference is adjourned *sine die*. The Court will reschedule the IPTC after service of Bank OZK of the summons and Amended Complaint.

SO ORDERED.

Dated: August 25, 2023
       New York, New York                                  _____
                                                                   JOHN P. CRONAN
                                                             United States District Judge