```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
BAHAMAS HURRICANE RESTORATION FUND,                                    :
                                                                       :
                        Plaintiff,                                     :
                                                                       :         23 Civ. 4933 (JPC)
                -v-                                                    :
                                                                       :                ORDER
BANK OF AMERICA, N.A. et al.,                                          :
                                                                       :
                        Defendants.                                    :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      For the reasons stated on the record at today's conference, Defendant Bank OZK's motion to dismiss for lack of subject matter jurisdiction is granted and the Amended Complaint, Dkt. 28, is dismissed without prejudice. The Court further grants Plaintiff leave to amend. Should Plaintiff choose to file a second amended complaint, it must do so by July 29, 2024. The defendants named in any second amended complaint shall respond to the new complaint by September 6, 2024, either by filing an answer or a pre-motion letter by that date. The Clerk of Court is respectfully directed to close Docket Numbers 38 and 39.

      SO ORDERED.

Dated: June 27, 2024  
       New York, New York

                                                                     JOHN P. CRONAN  
                                                                     United States District Judge