```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
BAHAMAS HURRICANE RESTORATION FUND,                                    :
                                                                       :
                            Plaintiff,                                 :
                                                                       :    23 Civ. 4933 (JPC)
            -v-                                                        :
                                                                       :    ORDER
BANK OF AMERICA, N.A. et al.,                                          :
                                                                       :
                            Defendants.                                :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On August 20, 2024, the Court ordered Plaintiff to show cause why this case should not be dismissed without prejudice for repeatedly failing to plead the Court's subject matter jurisdiction. Dkt. 57. Plaintiff's response to the order to show cause was due yesterday, September 4, 2024. Dkt. 57 at 3-4. That deadline has passed without a response from Plaintiff. The Court *sua sponte* extends Plaintiff's deadline to respond to the order to show cause until September 11, 2024. Plaintiff is advised that if no response to the order to show cause is filed by September 11, 2024, the Court will order this case dismissed without prejudice and without further notice.

SO ORDERED.

Dated: September 5, 2024
       New York, New York

JOHN P. CRONAN
United States District Judge