UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
BAHAMAS HURRICANE RESTORATION FUND,                                     :
                                                                        :
                        Plaintiff,                                      :
                                                                        :    23 Civ. 4933 (JPC)
        -v-                                                             :
                                                                        :    ORDER
BANK OF AMERICA, N.A. *et al.*,                                         :
                                                                        :
                        Defendants.                                     :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On August 20, 2024, the Court ordered Plaintiff to show cause why this case should not be dismissed without prejudice for repeatedly failing to plead the Court's subject matter jurisdiction. Dkt. 57. Plaintiff failed to respond to the order to show cause and the Court *sua sponte* extended Plaintiff's deadline to September 11, 2024, while noting that another failure to respond would result in this case being ordered dismissed without prejudice and without further notice. Dkt. 58. The extended deadline has passed without a response from Plaintiff. The Court thus dismisses this case without prejudice for the reasons set forth in the Court's August 20, 2024 Order. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: September 12, 2024                       _____
       New York, New York                              JOHN P. CRONAN
                                                       United States District Judge